# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DANNA JOHNSON, | : | Case No. 3:11-cv-417 |
| Plaintiff, | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| vs. | | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 11)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Defendant Commissioner's non-disability finding is affirmed, and this case is **CLOSED**.

Date: October 30, 2012                    *Thomas M. Rose*

_____
Thomas M. Rose
United States District Judge